UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALISSA ROSENBERG-TORRES, *on behalf of a minor J.E.T.*,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

19-CV-9980 (CM)

ORDER DENYING IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $400.00 in fees – a $350.00 filing fee and a $50.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed. The Clerk of Court is directed to assign this action to my docket, mail a copy of this order to Plaintiff, and note service on the docket.

SO ORDERED.

Dated:   November 20, 2019
           New York, New York

                                                    COLLEEN McMAHON
                                            Chief United States District Judge