```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALLISSA ROSENBERG-TORRES                    :
ON BEHALF OF A MINOR, J.E.T.,

                        Plaintiff,          :       ORDER

            -against-                        :       19-CV-9980 (VSB)(KNF)

ANDREW SAUL, COMMISSIONER OF SOCIAL          :
SECURITY,
                                             :
                        Defendant.
------------------------------------------------------------------X
```
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The defendant has made a motion for judgment on the pleadings. See Docket Entry No. 34.

Therefore, on or before August 10, 2021, the plaintiff shall file a response to the motion and, on or before August 31, 2021, the defendant may file any reply.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York                   SO ORDERED:
        June 22, 2021

                                             _____
                                             KEVIN NATHANIEL FOX
                                             UNITED STATES MAGISTRATE JUDGE