UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
ALISSA ROSENBERG-TORRES, on
behalf of a minor, J.E.T.,

                         Plaintiff,        <u>ORDER</u>
                                              1:19-cv-09980-VSB-GRJ

     v.

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------

GARY R. JONES, United States Magistrate Judge:

      This Court having submitted a Report and Recommendation (Docket No. 45) recommending that the Commissioner of Social Security's motion for joinder of necessary parties under Rules 19 (a) of the Federal Rules of Civil Procedure (Docket No. 34) be granted, and the Honorable Vernon S. Broderick, United States District Judge, having entered an Opinion and Order adopting the Report and Recommendation and granting the motion for joinder of necessary parties (Docket No. 47),

      NOW, THEREFORE, it is hereby

      ORDERED, that Plaintiff shall, within thirty (30) days of the date of this Order, file and serve an Amended Complaint (a) identifying herself as a plaintiff in her own right, (b) adding and naming J.E.T., who is no longer a

1

minor child, as a plaintiff in his own right, and (c) adding and naming Maria T. Rueda de Torres as a defendant, and it is further

ORDERED, that the Clerk of the Court is respectfully directed to send a copy of this Order to Plaintiff.

Dated: August 18, 2022                    *s/Gary R. Jones*
                                          GARY R. JONES
                                          United States Magistrate Judge