UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
ALISSA ROSENBERG-TORRES, on
behalf of a minor, J.E.T.,

                Plaintiff,        <u>ORDER</u>
                                      1:19-cv-09980-VSB-GRJ

     v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

     Plaintiff having filed an Amended Complaint on September 12, 2022 (Docket No. 49),

     NOW, THEREFORE, it is hereby

     ORDERED, that within 60 days of the date of this Order, the Commissioner must answer or otherwise move against the Amended Complaint, and it is further

     ORDERED, that the plaintiff must file an answering brief within 60 days of the filing of any motion by the Commissioner; the Commissioner may file a reply brief within 21 days thereafter; and it is further

     ORDERED, that briefs may not exceed 25 pages in length; reply briefs may not exceed 10 pages in length; and any party seeking to exceed

these page limitations must apply to the Court for leave to do so, with copies to all counsel, no fewer than 7 days before the date on which the brief is due; and it is further

ORDERED, that the Clerk of the Court is respectfully directed to send a copy of this Order to Plaintiff.

Dated: September 19, 2022     *s/ Gary R. Jones*
                              GARY R. JONES
                              United States Magistrate Judge