UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
ALISSA ROSENBERG-TORRES and
JOSHUA E. TORRES,

                        Plaintiff,        ORDER
                                           1:19-cv-09980-VSB-GRJ

    v.

COMMISSIONER OF SOCIAL SECURITY
and MARIA T. RUEDA DE TORRES,

                        Defendant.
-------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

    It is hereby ORDERED, that the Clerk of Court shall amend the caption to reflect the parties identified above, and it is further

    ORDERED, that, within 14 days of the date of this Order, the plaintiffs shall submit a completed Summons to the Court's Pro Se Intake Unit for the Clerk to review, sign, seal, and issue;

    ORDERED, that the Clerk of the Court is respectfully directed to send a copy of this Order to each of the plaintiffs, along with the contact information for the Pro Se Intake Unit.

Dated: October 3, 2022                                  *s/ Gary R. Jones*
                                                            GARY R. JONES
                                                            United States Magistrate Judge