UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
ALISSA ROSENBERG-TORRES, on
behalf of a minor, J.E.T.,

                    Plaintiff,        ORDER
                                         1:19-cv-09980-VSB-GRJ

    v.

COMMISSIONER OF SOCIAL SECURITY
and MARIA T. RUEDA DE TORRES,

                    Defendants.
-------------------------------------------------------

GARY R. JONES, United States Magistrate Judge:

      The Commissioner of Social Security having moved for judgment on the pleadings (Docket No. 62) and Plaintiff *pro se* having opposed the motion (Docket No. 64, 65);

      NOW, THEREFORE, it is hereby ORDERED, that counsel for Defendant Maria T. Rueda de Torres shall file and serve a response to the Commissioner's motion on or before March 21, 2023, and it is further

      ORDERED, that the Clerk of the Court is respectfully directed to send a copy of this Order to Plaintiff via first class mail.

Dated: February 21, 2023                    *s/ Gary R. Jones*
                                                      GARY R. JONES
                                                      United States Magistrate Judge