**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ALISSA ROSENBERG-TORRES and JOSHUA E. TORRES,

            Plaintiff,            19 **CIVIL** 9980 (VSB)

     -v-                      **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 9, 2024, the Second Report and Recommendation is ADOPTED in its entirety. The Commissioner's motion for judgment on the pleadings, (Doc. 62), is GRANTED, and Defendant Rueda de Torres's motion for judgment on the pleadings, (Doc. 70), is DENIED. This case is remanded for further administrative proceedings.

**Dated:**  New York, New York
         April 9, 2024

                                                    **RUBY J. KRAJICK**
                                                       **Clerk of Court**

                        **BY:**       *K. Mango*

                                                       **Deputy Clerk**